UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL ADAMS,

               Plaintiff,

    v.

DAHL, et al.,

               Defendants.

Case No. 1:20-cv-00852-JLT (PC)

**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

(Doc. 16)

Defendants have filed a motion seeking a sixty-day extension of time to respond to the complaint. (Doc. 16.)  For good cause shown, the Court **GRANTS** Defendants' motion. Defendants shall file an answer or otherwise respond to the complaint on or before **October 8, 2021**.

IT IS SO ORDERED.

Dated:   **August 6, 2021**          **/s/ Jennifer L. Thurston**
                               CHIEF UNITED STATES MAGISTRATE JUDGE