UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>              Plaintiff,<br><br>     v.<br><br>DAHL, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00852-JLT (PC)<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT AND REQUESTS FOR ENTRY OF DEFAULT**<br><br>(Docs. 18, 19, 20) |

Plaintiff has filed requests for entry of default and default judgment. (Docs. 18, 19, 20.) On August 6, 2021, the Court granted Defendants an extension of time to file an answer or otherwise respond to the Complaint on or before October 8, 2021. (Doc. 18.) Although Defendants' motion was filed *ex parte*, the order was served on Plaintiff by mail. Accordingly, the Court **DENIES** Plaintiff's requests for entry of default and default judgment.

IT IS SO ORDERED.

   Dated:   **August 26, 2021**                      **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE