UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>              Plaintiff,<br><br>     v.<br><br>DAHL, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00852-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO SUPPLEMENT THE RECORD REGARD THE JUDGMENT BY DEFAULT**<br><br>(Doc. 22) |

Plaintiff has filed a request to supplement the record with a declaration of nonmilitary status of Defendants in support of his motion for default judgment. (Docs. 18, 22.) On August 26, 2021, the Court issued an order denying Plaintiff's motion for default judgment. (Doc. 21.) Accordingly, Plaintiff's request to supplement the record is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:   **September 6, 2021**               _ /s/ Jennifer L. Thurston
                                             CHIEF UNITED STATES MAGISTRATE JUDGE