1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL ADAMS,                              Case No. 1:20-cv-00852-JLT (PC)

12                   Plaintiff,                **ORDER GRANTING DEFENDANTS' EX
                                               PARTE APPLICATION FOR EXTENSION
13          v.                                 OF TIME TO RESPOND TO PLAINTIFF'S
                                               EMERGENCY APPLICATION FOR
14    DAHL, et al.,                            TEMPORARY RESTRAINING ORDER
                                               AND GRANTING EX PARTE
15                   Defendants.               APPLICATION FOR ENLARGEMENT OF
                                               TIME TO FILE RESPONSIVE PLEADING**
16
                                               (Docs. 30, 31)
17

18                                             **DECEMBER 20, 2021, DEADLINE**

19

20          On September 15, 2021, Plaintiff filed an emergency application for a temporary

21    restraining order (TRO) based on imminent danger from a dangerous environment. (Doc. 26.)

22    Defendants filed an *ex parte* application for an extension of time to respond to the complaint and

23    to respond to the Plaintiff's TRO application. (Docs. 22, 26.) The Court granted Defendants'

24    requests for extensions of time and ordered Defendants to file their responses on or before

25    November 22, 2021. (Doc. 29).

26          On November 16, 2021, Defendants filed a motion requesting an additional fourteen days,

27    up to an including December 6, 2021, to respond to the Plaintiff's TRO application. (Doc. 30.)

28    Defendants filed their response on December 6, 2021. (Doc. 34.)

1    Accordingly, Defendants' request for an extension of time to file their response, (Doc.

2  30), is **GRANTED *nunc pro tunc***. If either party wishes to file a reply in support of their

3  respective motions, they should do so on or before **DECEMBER 20, 2021**.

4    On November 22, 2021, Defendants filed a motion to revoke Plaintiff's *in forma pauperis*

5  (IFP) status based on the "three strikes" rule. (Doc. 31.) At the same time, Defendants filed an *ex*

6  *parte* application for a stay of proceedings due to the pendency of the motion to revoke IFP

7  status. (Doc. 32.) Defendants request an enlargement of time of forty-five days to respond to the

8  First Amended Complaint following the Court's ruling on whether Plaintiff's IFP status should be

9  revoked and whether the imminent danger exception applies. (*See* Doc. 31.)

10    Upon good cause shown, Defendants' motion for an enlargement of time to file their

11  response to the complaint (Doc. 31) is **GRANTED**. Defendants **shall** file their response to the

12  first amended complaint within 45 days following the Court's ruling on Plaintiff's IFP status.

13  IT IS SO ORDERED.

14

15    Dated:    **December 10, 2021**    _____ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28