UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>DAHL, *et al.*,<br><br>            Defendants. | Case No. 1:20-cv-00852-JLT-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS, AND DENYING PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br>(Docs. 43, 32, 26)<br><br>**ORDER REQUIRING DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br>(Doc. 7)<br><br>**45-DAY DEADLINE** |

      The assigned magistrate judge issued findings and recommendations to deny Defendant's motion to revoke Plaintiff's *in forma pauperis* status (Doc. 32) and to deny Plaintiff's emergency application for a temporary restraining order (Doc. 26). (Doc. 43.) The magistrate judge advised that any party may file objections within 14 days after being served with the findings and recommendations. (*Id.* at 14.) No party has filed objections, and the time do so has passed.

      According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Upon motion by Defendants, the Court granted Defendants an extension of time and ordered Defendants to file their responses to the first amended complaint within 45 days from the Court's ruling on Plaintiff's IFP status. (Doc. 36.) The Court has ruled on Plaintiff's IFP status herein. (*Id.*) Therefore, Defendants' responses to the first amended complaint (Doc. 7) within 45 days. Thus, the Court **ORDERS:**

1. The findings and recommendations (Doc. 43), issued on November 4, 2022, are adopted in full.
2. Defendants' motion to revoke Plaintiff's *in forma pauperis* status, (Doc. 32), is DENIED.
3. Plaintiff's emergency application for a temporary restraining order, (Doc. 26), is DENIED; and
4. **Within 45 days** from the date of service of this order, Defendants shall file their responses to the first amended complaint (Doc. 7).

This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **December 1, 2022**

UNITED STATES DISTRICT JUDGE