UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>           Plaintiff,<br><br>   v.<br><br>DAHL, *et al.*,<br><br>           Defendants. | Case No. 1:20-cv-00852-JLT-CDB (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 45) |

Plaintiff Paul Adams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

On December 1, 2022, the Court entered an order directing Defendants to file a responsive pleading within forty-five days. (Doc. 44.) Defendants have filed a motion for an extension of time to file their response. (Doc. 45.) As grounds, Defendants argue that good cause exists due to defense counsel's responsibilities in two exceptional cases and the need for additional time to review Plaintiff's complaint. (*Id.* at 3, 5.) Under these circumstances, Defendant has shown minimal good cause for the extension.

Given the brevity of the extension sought and the early stage of the proceedings, Plaintiff will not be prejudiced by a short delay.

Accordingly, it is hereby ORDERED that Defendants' application for an extension of time to file a response to the complaint (Doc. 45) is GRANTED. Defendant is granted leave to

1  file a responsive pleading within fourteen days from previous deadline, i.e., on or before January
2  31, 2023.  No further extension will be granted without a showing of good cause.
3  IT IS SO ORDERED.
4   Dated:  **January 27, 2023**
5                                                                  UNITED STATES MAGISTRATE JUDGE

2