1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL ADAMS,                              Case No. 1:20-cv-00852-JLT-CDB (PC)

12                    Plaintiff,              ORDER GRANTING DEFENDANTS'
                                              MOTION TO MODIFY DISCOVERY AND
13          v.                                SCHEDULING ORDER

14   DAHL, *et al.*,                          (Docs. 53, 55)

15                    Defendants.

16                                            **AUGUST 7, 2023, DEADLINE**

17

18          Plaintiff Paul Adams is a state prisoner proceeding *pro se* and *in forma pauperis* in this

19   civil rights action filed under 42 U.S.C. § 1983. This action proceeds on First and Eighth

20   Amendment claims raised against Defendants Dahl, Rios, and Kendrick in Plaintiff's first

21   amended complaint. (*See* Docs. 7, 10, 11.)

22          On February 23, 2023, the Court entered a discovery and scheduling order setting the

23   exhaustion motion deadline for June 23, 2023. (Doc. 53.) Defendants have filed a motion to

24   modify the scheduling order and extending the time for filing an exhaustion motion by 45 days,

25   or August 7, 2023. (Doc. 55).

26          Pursuant to Rule 16(b)(3)(A) of the Federal Rules of Civil Procedure, district courts must

27   enter scheduling orders to establish deadlines for joinder of parties, amending the pleadings,

28   discovery, and filing of motions. Fed. R. Civ. P. 16(b)(3)(A). Scheduling orders are intended to

1  alleviate case management problems. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610

2  (9th Cir. 1992). Parties must "diligently attempt to adhere to that schedule throughout the

3  subsequent course of the litigation." *Jackson v. Laureate, Inc.*, 186 F.R.D. 605, 607 (E.D. Cal.

4  1999). If that party was not diligent, the inquiry should end. *Id.* at 609. The scheduling order

5  "controls the course of the action unless the court modifies it." Fed. R. Civ. P. 16(d). "A

6  schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P.

7  16(b)(4). Under Rule 16(b)'s "good cause" standard, the inquiry focuses on the moving party's

8  diligence and the reasons for seeking modification. *Johnson*, 975 F.2d at 609.

9       As grounds for the extension, defense counsel advises she was only recently assigned to

10  the matter and has worked diligently to review the case, conduct research, and consider possible

11  defenses. Counsel requests additional time to review the case file and confer with Defendants

12  about the appropriateness of seeking summary judgment for failure to exhaust administrative

13  remedies. Plaintiff will not be prejudiced by the requested modification.

14       For good cause shown, it is hereby ORDERED that Defendants' motion to modify the

15  discovery and scheduling order, (Doc. 55), is GRANTED. The deadline for filing a motion for

16  summary judgment based on non-exhaustion of remedies is extended to **August 7, 2023**.

17  IT IS SO ORDERED.

18  Dated:   **June 23, 2023**

19                                          UNITED STATES MAGISTRATE JUDGE

2