UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>DAHL, *et al.*,<br><br>            Defendants. | Case No. 1:20-cv-00852-JLT-CDB (PC)<br><br>ORDER TO SHOW CAUSE<br><br><br>**FOURTEEN (14) DAY DEADLINE** |

On August 2, 2023, the Court entered an order requiring Plaintiff to file a response to Defendant's motion to compel production of documents concerning Plaintiff's exhaustion of administrative remedies. (Docs. 59, 57.) The Court granted Plaintiff 14 days to file a response to Defendant's motion to compel or a notice of non-opposition to the motion and a statement that he has responded or will respond to Defendants' request for production of documents. (Doc. 59.)[1] The Court advised: **Plaintiff's failure to comply with this order may subject him to the Court's imposition of sanctions, including recommend dismissal of this action for failure to obey a court order and failure to prosecute.** (*Id.* at 5) (alteration in original).

---

[1] Under Local Rule 230(*l*), Plaintiff's response to Defendant's motion to compel would have been due on August 9, 2023. Thus, the Court's order requiring a response within 14 days effectively enlarged the time by which Plaintiff was required to file an opposition from 21 days after the filing of Defendant's motion to 28 days of the motion filing (*e.g.*, no later than August 16, 2023).

Plaintiff has failed to comply with the Court's order, and the time to do so has passed.

Rule 37 of the Federal Rules of Civil Procedure authorizes the Court to impose sanctions when a party fails to obey a discovery order such as an order to provide discovery. Fed. R. Civ. P. 37(b)(2)(A). "[D]ismissing the action or proceeding in whole or in part" is one of the sanctions the Court may impose. Fed. R. Civ. P. 37(b)(2)(A)(v).

The Local Rules also authorize sanctions for a party's failure to respond to a motion or obey a court order. Under Local Rule 230(*l*), "[f]ailure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L.R. 230(*l*).

Local Rule 110, corresponding with Federal Rule of Civil Procedure 11, provides: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." L.R. 110. "District courts have inherent power to control their dockets," and in exercising that power may impose sanctions, including dismissal of an action. *Thompson v. Hous. Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an action, obey a court order, or comply with local rules. *See, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (dismissal for failure to comply with a court order to amend a complaint); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130–31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

This case is unable to proceed on Plaintiff's claims if he fails to participate in discovery or respond to the Court's orders. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing, **within fourteen (14) days** from the date of service of this Order, why this action should not be dismissed as a sanction for failing to respond to Defendants' request for production or motion to compel, to obey orders, or to comply with the Local Rules. Alternatively, Plaintiff may file a notice of non-opposition to Defendants' motion to compel and statement that he has responded to or will respond to Defendant Kendrick's request for production of documents within fourteen days; or if Plaintiff no longer wishes to pursue this action, notice of voluntary

dismissal.

**If Plaintiff fails to respond to this Order, the outstanding request for production of documents, or a response to Defendants' motion to compel, the Court will recommend dismissal of this action as a discovery sanction and for Plaintiff's failure to obey court orders and the Local Rules.**

IT IS SO ORDERED.

Dated: __August 21, 2023__                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE